197 So.2d 654

## Douglas B. DENNIS
v.
## Hayden DEES, Acting Warden, Louisiana State Penitentiary.
### No. 48688.

May 1, 1967.

In re: Douglas B. Dennis applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the issuance of a writ or the granting of a habeas corpus.

197 So.2d 654

## Abner LYNCH
v.
## Hayden J. DEES, Acting Warden, Louisiana State Penitentiary.
### No. 48689.

May 1, 1967.

In re: Abner Lynch applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.